IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

Defendant.

Glenn Messmer

Case Number: 23 CR 256

Judge: Cummings

## ORDER APPOINTING COUNSEL UNDER CJA

**Name of Appointed Attorney:** Christopher Grohman

**Person Represented:** Glenn Messmer  **Defendant number:** 1  **Under SEAL:** YES or (NO)

**Payment Category:** (FELONY)  MISDEMEANOR  **Type of Person Represented:** (ADULT)  JUVENILE  OTHER
OTHER  PETTY OFFENSE

**Representation Type:** BP  (CC)  CF  CH  DRI  EW  EX  HC  JU  MA  JRV  JHB
MC  ML  NT  OT  PA  PR  PT  SR  WI  WW

**Court Order:**
(APPOINTING COUNSEL)     CO-COUNSEL          STANBY COUNSEL
SUBS FOR FEDERAL DEFENDER   SUBS FOR PANEL ATTORNEY   SUBS FOR RETAINED ATTORNEY

**Prior Attorney's name:** _____

If associate(s) will be used, list name(s) below. If the associate rate differs from CJA hourly rate, list the rate next to the associate's name:

**Signature of Presiding Judge:** /s/

**Date of Order:** 4/26/23    **Nunc Pro Tunc Date:** _____ or NONE

## ORDER APPOINTING INTERPRETER UNDER CJA

*Prior authorization shall be obtained for services in excess of $900.*

**Expected to exceed:** YES  NO

**Prior Authorization Approved:** YES  NO

**Signature of Presiding Judge:** _____

**Date of Order:** _____    **Nunc Pro Tunc Date:** _____ or NONE