# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: US v. Glenn Messner   Case Number: 23 cr 256

An appearance is hereby filed by the undersigned as attorney for: Glenn Messner

Attorney name (type or print): Christopher Grohman

Firm:

Street address: 71 S. Wacker #1600

City/State/Zip: Chicago, IL 60604

Bar ID Number: 254450   Telephone Number: 312-515-7313
(See item 3 in instructions)

Email Address: cgrohman@beneschlaw.com

FILED
APR 26, 2023
MAGISTRATE JUDGE
JEFFREY I. CUMMINGS

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | ✓ | |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☑ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☑ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 4/26/23

Attorney signature: S/ CG
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015