FILED
JUL 25 2023
KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LONY

1:23-cr-00256
Judge Franklin U. Valderrama
Magistrate Judge Jeffrey Cummings
Random

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **Yes** (You must answer 1b even if the answer is No)

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: **U.S. v. Glenn Clifford Messmer, 23 CR 256** (Magistrate Judge Cumings)

    1b. Should this indictment or information receive a new case number from the court? **No**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

    2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **18 USC 2251(a), Production of child pornography. Type II**

10. List the statute of each of the offenses charged in the indictment or information. **Title 18, United States Code, Sections 2251(a) and Section 2252A(a)(5)(b)**

_/s/ Sushma Raju_
SUSHMA RAJU
Assistant United States Attorney